FILED'11 MAY 02 15:30 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DAVID ANDERSON,                )
                               )
            Plaintiff,         )
                               )  Civil No. 09-0971-TC
                               )
    v.                         )
                               )  ORDER
MICHAEL J. ASTRUE, Commissioner)
Social Security Administration,)
                               )
            Defendant.         )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on March 25, 2011, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1    - ORDER

<u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Defendant and plaintiff have timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed March 25, 2011, in its entirety. This matter is remanded for further proceedings consistent with the court's findings and recommendation. The clerk of court will enter judgment accordingly.

IT IS SO ORDERED.

DATED this _2nd_ day of _May_, 2011.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER