WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED 29 JUL '11 11:43 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**DAVID ANDERSON,**      CV # 09-971-TC

   Plaintiff,

vs.      ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $7,499.99 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

   DATED this 29 day of July, 2011.

   _____
   United States District / Magistrate Judge

Submitted on July 28, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff